Stacy W. HOWARD, Plaintiff—
Appellant,

v.

GEORGETOWN COUNTY GOVERN-MENT BODY; Charles V. Pyle; Malcolm D. Shuler; Benjamin F. Dunn; Hughey Walker; Elerbee Ackerman; Robbie O'Donnell; Lane Cribb, Sheriff; Dan Furr; Al Williams, Chief; John Hilliard; G. Turner Perrow; Joe Crosby; Mike Swartz; Chuck Kosis; Kenneth Owens, Captain; Georgetown County Sheriffs Department; Municipal Corporation; Solicitors Office; Townships in Georgetown County; Administration of Government for Georgetown County, including government body and political subdivisions; Others as Yet Unknown, Defendants—Appellees.

---

**110**

No. 04–6521.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 26, 2004.

Decided Sept. 1, 2004.

Stacy W. Howard, Appellant pro se.

Before WIDENER and SHEDD,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Stacy W. Howard appeals the district
court's order, accepting the magistrate
judge's recommendation and denying relief
on Howard's 42 U.S.C. § 1983 (2000) com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *See Howard v. Georgetown
County Gov't,* No. CA–04–36–6–13AK
(D.S.C. Feb. 19, 2004). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED*